| | |
|---|---|
| BILL LOCKYER<br>Attorney General of the State of California<br>ROBERT R. ANDERSON<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Supervising Deputy Attorney General<br>VIRGINIA I. PAPAN, State Bar No. 143659<br>Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5956<br> Fax:  (415) 703-5843<br><br>Attorneys for Defendants Larry Loo, Jeffrey Lee Neubarth, M.D., and Romeo Simeon Ortiz, M.D.<br>CF2000CX0059 | Law offices of<br>RICHARD S. DeBRO<br>Sea Rise Building, Suite 400<br>233 Wilshire Boulevard<br>Santa Monica, CA 90401<br>Telephone: (310) 458-8110<br>Fax:         (310) 319-3458<br><br>Attorney for Plaintiff Leroy Williams |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEROY E. WILLIAMS,**<br><br>                         Plaintiff,<br><br>    v.<br><br>**GAIL LEWIS, et al.,**<br><br>                       Defendants. | CASE NO. CIV-F-99-6523 OWW LJO P<br><br>**STIPULATION REGARDING DESIGNATION OF EXPERTS, DEPOSITIONS, AND DISPOSITIVE MOTIONS**<br><br>Hearing:  Settlement Conference<br>Date:     June 16, 2005<br>Time:     1:00 p.m.<br>Dept.      6<br>Judge:    Hon. Lawrence J. O'Neill |

Pursuant to Magistrate Judge O'Neill's April 4, 2005 Order, the parties submit the following stipulation:

1. The parties stipulate and agree that Plaintiff shall be permitted to designated Dr. Richard P. Pollis as their expert for purposes of deposition and trial in this matter.

2. The parties stipulate and agree that they will each be permitted to take the deposition of each parties' designated expert before the June 16, 2005 settlement conference.

3.  The parties stipulate and agree that if defendant's expert, Dr. Harold Segal determines that either an electromyogram (EMG) or a Nerve Conduction Study (NCS), or both, are needed to fully evaluate plaintiff's condition, plaintiff Leroy Williams will submit to take either an electromyogram (EMG) or a Nerve Conduction Study (NCS), or both prior to the settlement conference schedule in this case.

4.  The parties stipulate and agree that defendants' will be permitted to file a dispositive motion regarding exhaustion of administrative remedies if a review of plaintiff's central file and the pleadings filed in this case determine that the issue of exhaustion has not yet been resolved. Additionally, defendants agree that any such motion will be filed prior to the June 16, 2005 settlement conference, plaintiff will have at least two weeks to file an opposition, and defendants will have at least two weeks to file a reply, if necessary.

Dated: April 26, 2005

Respectfully submitted,

/s/
VIRGINIA I. PAPAN
Deputy Attorney General
Attorneys for Defendants Loo,
Neubarth and Ortiz

/s/
RICHARD S. DeBRO
Attorney for Plaintiff
Leroy Williams

IT IS SO ORDERED.

Dated: __April 27, 2005         ____/s/ OLIVER W. WANGER_____
                                OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

99cv6523.order.wpd

Stipulation of the Parties                *Williams v. Lewis, et al.,* Case No. CIV-F-99-6523 OWW LJO P

2