UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY E. WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>GAIL LEWIS, et. al.,<br><br>        Defendants.<br>_____/ | CV F   99-6523 OWW LJO P<br><br>ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR JULY 29, 2005.  (Doc.  131-3, 136) |

    Leroy Williams ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On April 14, 2005, this Court issued an Order setting a date for a Settlement Conference of June 16, 2005, before the undersigned. (Doc. 131-3.)  On May 25, 2005, and at the request of the parties, the Conference was continued to July 29, 2000, 10:00 a.m. before the undersigned. This request appears to have been made in light of the Motion to Dismiss for exhaustion filed by

1

1 Defendants on May 13, 2005.[1]

2     Due to the pendency of the Motion to Dismiss and to preserve judicial resources, the
3 Court HEREBY ORDERS the Settlement Conference scheduled for July 29, 2005, at 10:00 a.m.
4 VACATED.  Should the Court deem it necessary, the Court will re-set the Scheduling
5 Conference date following the resolution of the Motion to Dismiss.

7 IT IS SO ORDERED.

8 **Dated:   July 22, 2005**             **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE

---

[1] On April 26, 2005, the parties filed a stipulation allowing Defendants to file a Motion to Dismiss on exhaustion grounds. (Doc. 133)