UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY E. WILLIAMS, Plaintiff,  v. GAIL LEWIS, et al., Defendants. | 1:99-cv-6523 OWW LJO P ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF (DOCS. 90, 92, 93) |

 This case is before the Court on the Findings and Recommendations of the Magistrate Judge to deny Plaintiff's request for injunctive relief.

 Plaintiff seeks injunctive relief to mandate prison officials to provide him with "necessary and recommended" physical therapy.  Defendants argue that individuals against whom relief is sought are not parties to this action.  Further, there is a dispute between Plaintiff and Defendants regarding the quality and extent of medical care furnished to him.  Plaintiff has made no showing that he is likely to prevail on the merits. Further, the parties against whom injunctive relief is sought are not Defendants in this case.

 The Magistrate Judge's Findings and Recommendations are

1

1  fully supported by the facts and law.
2       IT IS ORDERED:
3       1.   The Findings and Recommendations of the Magistrate
4  Judge filed May 5, 2005, are ADOPTED;
5       2.   The Plaintiff's motion for preliminary injunctive
6  relief filed January 6, 2003, is DENIED.
7
8  DATED:  August 16, 2005.
9
                                    /s/ OLIVER W. WANGER
10                                  _____
                                        Oliver W. Wanger
11                                  UNITED STATES DISTRICT JUDGE
12  williams v. lewis order