UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY E. WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>LEWIS, et al.,<br><br>        Defendants. | 1:99-cv-06523-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 142)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc.135)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Leroy E. Williams ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 27, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On August 11, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 | In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 27, 2005, are ADOPTED IN FULL;

2. Defendants' motion to dismiss, filed May 13, 2005, is GRANTED; and,

3. This action is therefore DISMISSED.

IT IS SO ORDERED.

**Dated:   September 1, 2005**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE