```
                                                              FILED
1 | LAW OFFICES OF RICHARD S. DeBRO                    2005 SEP 16  A 11: 48
  | RICHARD S. DEBRO, ESQ., SB# 34952
2 | 233 Wilshire Boulevard, Fourth Floor               CLERK, US DIST. COURT
  | Santa Monica, California 90401                     EASTERN DIST. OF CALIF
3 | Tel: (310) 458-8110; Fax: (310) 319-3458
  |                                                    BY_____
4 | Attorneys for Plaintiff LEROY E. WILLIAMS
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LEROY E. WILLIAMS, | CASE NO. CIV-F-99-6523 OWW LJO P |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | [Magistrate Judge O'Neil] |
| GAIL LEWIS, et al. | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Movant, LEROY E. WILLIAMS, hereby substitutes himself in pro per as attorney of record in the above United States District Court Case proceeding, in place and stead of Richard S. DeBro, Attorney at Law.

Dated: August 1_, 2005

_____
LEROY E. WILLIAMS, in pro per

I CONSENT TO THE ABOVE SUBSTITUTION

Dated: August 16, 2005                LAW OFFICES OF RICHARD S. DEBRO

                                      By: Richard S. DeBro