FILED

2005 SEP 16  A 11: 48

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY _____
            DEPUTY

1  LAW OFFICES OF RICHARD S. DeBRO
   RICHARD S. DEBRO, ESQ., SB# 34952
2  233 Wilshire Boulevard, Fourth Floor
   Santa Monica, California 90401
3  Tel: (310) 458-8110; Fax: (310) 319-3458

4  Attorneys for Plaintiff LEROY E. WILLIAMS

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12
   LEROY E. WILLIAMS,              )    CASE NO. CIV-F-99-6523 OWW LJO P
13                                 )
                Plaintiff,         )    PROPOSED ORDER
14                                 )
   v.                              )
15                                 )
   GAIL LEWIS, et al.              )
16                                 )
                Defendant.         )
17 _____)

18

19     **GOOD CAUSE APPEARING,** in that plaintiff has terminated the services of the

20  attorney of record, Richard S. DeBro,

21     **IT IS HEREBY ORDERED** that plaintiff LEROY E. WILLIAMS, 622 S. Wall St.,

22  #C107, Los Angeles, CA 90014, in pro per, is now attorney of record in the above-entitled

23  matter, nunc pro tunc to the date of termination by the plaintiff of the services of said

24  attorney on August 6, 2005. The Substitution of Attorney is hereby approved.

25

26  DATED: 9-15-05                    _____

27                                    JUDGE OF THE UNITED STATES DISTRICT COURT

28